UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE JEFFREY T. MILLER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.07CR2095 JM |
| ) | |
| Plaintiff ) | EX PARTE APPLICATION OF |
| v. ) | DEFENDANT FELIX |
| ) | FOR EXTRAORDINARY EXPENSES |
| FELIX, Vidal ) | FOR INTERPRETER SERVICES |
| ) | 18 U.S.C. 3006A(D)(2)(5) |
| Defendant ) | |

GOOD CAUSE APPEARING, IT IS ORDERED THAT defendant FELIX's application for additional Maria Brower interpretive fees in the amount of $450.00 (10 hrs) over and above the initial allotment, be granted. A copy of this order should be forwarded to attorney Obenauer.

Dated: February 17, 2009

_____
Judge Jeffrey T. Miller
U.S. DISTRICT COURT