FILED

09 APR -2 PM 2:08



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE JUDGE JEFFREY T. MILLER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR2095 JM |
| Plaintiff ) | ORDER FOR EXTRAORDINARY |
| ) | EXPENSES: Interpreter Fees |
| v. ) | |
| FELIX, Vidal ) | |
| Defendant ) | |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower be ordered in the amount of **7.5** hours **($337.50)** over the initial $499.50 authorization.

    SO ORDERED:

Dated: April 1, 2009

Judge JEFFREY T. MILLER
U.S. District Court